# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. HAYES, | ) Case No. CV 14-8485-DMG (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| ERIC ARNOLD, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing "Formal Motion of Appeal for the Contrary Ruling by Lower Courts in: Writ of Error Coram Nobis" for Lack of Subject Matter Jurisdiction and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 29, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE